# United States Bankruptcy Court
## Eastern District Of Michigan

In re __Doshia Banks, DMB Self Help Information Network, Inc.__ )
                                                      Debtor ) Case No._10-67944-SWR_
Address _17515 W. Nine Mile Road_ )   Adversary Proceeding No. 11-04164 SWR
_Southfield, Michigan 48075_ )             Chapter __7__

Employer's Tax Identification (EIN) No(s). _____ )
_____ )
Last four digits of Social Security No(s).: __ )

**DEBTOR'S RESPONSE TO ADVERSARY COMPLAINT SEEKING A PERMANENT INJUNCTION AND MONETARY DAMAGE FOR VIOKLATIONS OF 11 U.S.C. 110 AND FOR ASSESSMENT OF FINES PAYABLE TO THE UNITED STATES TRUSTEE**

Debtor, Doshia Banks and DMB Self Help Information Network Inc. states as follows:

1. Admit
2. Admit
3. Admit
4. Admit
5. Admit
6. Admit
7. Debtor neither admit nor deny said allegations
8. Deny
9. Neither Admit nor deny said allegations
10. Deny
11. Admit
12. Admit
13. Deny
14. Neither Admit nor Deny
15. Deny
16. Admit
17. Deny
18. Admit
19. Deny
20. Neither Admit nor Deny
21. Deny
22. Deny
23. Deny
24. Deny
25. Deny
26. Deny

27. Admit
28. Deny
29. Deny
30. Admit
31. Deny
32. Deny
33. Deny
34. Deny

Date: March 4, 2011

Respectively Submitted

*Doshia M. Banks*
DMB Self Help Information Network Inc.

# United States Bankruptcy Court
## Eastern District Of Michigan

In re ___Doshia Banks, DMB Self Help Information Network, Inc.___ )
                     Debtor ) Case No.__10-67944-SWR__
Address __17515 W. Nine Mile Road_____)   Adversary Proceeding No. 11-04164 SWR
__Southfield, Michigan 48075_____ )      Chapter ___7_____

Employer's Tax Identification (EIN) No(s). _____ )
_____ )
Last four digits of Social Security No(s).: __ )

### CERTIFICATE OF SERVICE OF DEBOR'S ANSWER TO ADVERSARY COMPLAINT

   I certify that on March 4, 2011, I mailed by United States Postal Service the Answer to Complaint and this Certificate of Service of Debtor's Answer to Adversary Complaint to:

William Alston
15719Littlefield
Detroit, MI 48227

Daniel McDermott, Trustee
211 Fort Street, Suite 700
Detroit, Michigan 48226
Date: March 4, 2011

Paul J. Randel, Esq.
211 Fort Street, Suite 700
Detroit, Michigan 48226

                   Respectively Submitted

                   Doshia M. Banks
                   DMB Self Help Information Network Inc.