UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-67944-SWR

**WILLIAM ALSTON,**  Chapter 7

    Debtor.  HON. STEVEN W. RHODES
_____/
**DANIEL M. McDERMOTT**,
**United States Trustee,**

    Plaintiff,

vs.

    Adversary Case No. 11-4164
**DOSHIA M. BANKS,**
**DMB SELF-HELP INFORMATION**
  **NETWORK, INC.**

    Defendants.
_____/

### DEFAULT JUDGMENT AGAINST DOSHIA M. BANKS
### AND DMB SELF-HELP INFORMATION NETWORK, INC.

**THIS MATTER** came before the Court on the United States Trustee's Adversary Complaint Seeking a Permanent Injunction and Monetary Damages for Violations of 11 U.S.C. § 110 and for Assessment of Fines Payable to the United States Trustee. A Response was filed on March 4, 2011 and a trial was held on June 23, 2011. Doshia M. Banks failed to appear for the trial. For the reasons stated on record,

**IT IS ORDERED** that Defendant Doshia M. Banks, is hereby permanently enjoined from acting as a Bankruptcy Petition Preparer; and from providing Bankruptcy Assistance to Assisted Persons whether under the name of Doshia M. Banks, DMB Self-Help Information Network, Inc. or any other name or through any other corporate form.

**IT IS FURTHER ORDERED** that Defendant DMB Self-Help Information Network, Inc. is hereby permanently enjoined from acting as a Bankruptcy Petition Preparer; and from providing

Bankruptcy Assistance to Assisted Persons whether under the name of DMB Self-Help Information Network, Inc. or any other name or through any other corporate form.

**IT IS FURTHER ORDERED** that Defendants, Doshia M. Banks and DMB Self-Help Information Network, Inc., jointly and severally, shall make payment to the Debtor in connection with the above captioned bankruptcy proceeding in the aggregate amount of $ 2,000.00 within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendants, Doshia M. Banks and DMB Self-Help Information Network, Inc., shall certify the payment to the Debtor by filing an affidavit accompanied by a copy of the cashier's check or money order for the payment no later than thirty (30) days after the entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall pay a fine to the United States Trustee in the amount of $1,000.00 within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendant DMB Self-Help Information Network, Inc. shall pay a fine to the United States Trustee in the amount of $1,000.00 within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendants, Doshia M. Banks and DMB Self-Help Information Network, Inc., shall certify the payments to the United States Trustee by filing an affidavit accompanied by a copy of the cashier's check or money order for the payment no later than thirty (30) days after the entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall make payment to the Clerk of the Court in the amount of $1,000.00 within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendant DMB Self-Help Information Network, Inc. shall make payment to the Clerk of the Court in the amount of $1,000.00 within thirty days of entry of this Order.

IT IS FURTHER ORDERED that dismissal or closure of this case will not excuse compliance with the terms of this Order and it can be enforced by the Debtor or the United States Trustee in any court of competent jurisdiction. referenced case.

**Signed on June 28, 2011**

                                                         /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**